UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        :          APPLICATION AND
                                :          UNSEALING ORDER
       - v. -                   :
                                :          S1 07 Cr. 756
JOSE FRANCISCO MENDOZA,         :
  a/k/a "Jose Vidales-Mendoza," :
  a/k/a "Juan Carlos Flores,"   :
  a/k/a "Pepe,"                 :
FRANCISCO AMBRIZ, JR.,          :
  a/k/a "Pee Wee,"              :
ALBA NAZARIO,                   :
  a/k/a "La Flaca,"             :
  a/k/a "Geovany,"              :
JEIMY ORTIZ,                    :
EMERSON GUZMAN,                 :
  a/k/a "Flaco,"                :
  a/k/a "Charlie,"              :
ELVIS TEJADA,                   :
ROSALY GARCIA-GUZMAN,           :
  a/k/a "Charlie,"              :
  a/k/a "Shally,"               :
CANDIDO RAFAEL FERNANDEZ,       :
  a/k/a "Ralphie,"              :
CESAR ESTEVEZ,                  :
  a/k/a "Boli,"                 :
  a/k/a "Bolivita,"             :
                                :
              Defendants.       :
                                :
- - - - - - - - - - - - - - - - x



The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

                           MICHAEL J. GARCIA
                           United States Attorney
                           Southern District of New York

          By: _____
                Rua M. Kelly
                Assistant United States Attorney
                Southern District of New York
                (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       August __, 2007

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK