```
UNITED STATES DISTRICT COURT                ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :       APPLICATION AND
         - v. -                 :       UNSEALING ORDER
                                :
JOSE MANUEL CARRANZA-IBANEZ,    :       07 Cr. 756
  a/k/a "Little Joe,            :
  a/k/a "Khaki,"                :
JOSE FRANCISCO MENDOZA,         :
  a/k/a "Jose Vidales-Mendoza," :
  a/k/a "Juan Carlos Flores,"   :
  a/k/a "Pepe,"                 :
FRANCISCO AMBRIZ, JR.,          :
  a/k/a "Pee Wee,"              :
ALBA NAZARIO,                   :
  a/k/a "La Flaca,"              :
  a/k/a "Geovany,"               :
JEIMY ORTIZ,                     :
EMERSON GUZMAN,                  :
  a/k/a "Flaco,"                 :
  a/k/a "Charlie,"               :
ELVIS TEJADA,                    :
ROSALY GARCIA-GUZMAN,            :
  a/k/a "Charlie,"               :
  a/k/a "Shally,"                :
CANDIDO RAFAEL FERNANDEZ,        :
  a/k/a "Ralphie,"               :
CESAR ESTEVEZ,                   :
  a/k/a "Boli,"                  :
  a/k/a "Bolivita,"              :
                                 :
         Defendants.             :
- - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 3 2007

      The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

By: _____
     Rua M. Kelly
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
      October 3, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293