UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/o ℉

UNITED STATES OF AMERICA,

           Plaintiff,

    -v-

JOSE FRANCISCO MENDOZA, *et al.*,

           Defendants.

No. 07 Cr. 756 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court shall hold oral argument on the outstanding motions in this case at the conference scheduled for Friday, April 11, 2008 at 2:00 p.m.

SO ORDERED.

Dated:     April 1, 2008
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE